LAW OFFICES
# KOLLMAN & SAUCIER, P.A.
8TH FLOOR, SUN LIFE BUILDING
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3225
www.kollmanlaw.com

FRANK L. KOLLMAN
PETER S. SAUCIER
DARRELL R. VanDEUSEN
CLIFFORD B. GEIGER
PATRICK J. STEWART
BRUCE M. LUCHANSKY
ANTHONY P. PALAIGOS

THOMAS A. BOWDEN
DESMOND T. McILWAIN
LAURA L. HOPPENSTEIN

BALTIMORE
(410) 727-4300

WASHINGTON
(202) 408-0274

TELECOPIER
(410) 727-4391

June 28, 2002

**VIA HAND DELIVERY**

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   **Floyd McCargo v. National Railroad Passenger Corporation**
            **Civil Action No. MJG-02 CV 506**

Dear Judge Garbis:

      Under the Court's February 25, 2002 Scheduling Order, discovery in this case is to be completed by July 8, 2002, with submission of a joint status report on that date. Discovery has proceeded in this matter and is nearly complete.

      The parties are now engaged in settlement discussions that may resolve the case and eliminate the need for additional discovery. If settlement is not reached, however, there are two depositions that the Plaintiff wants to conduct. Due to scheduling conflicts, these depositions cannot occur prior to July 8. With the Court's permission, the parties have agreed to extend the discovery deadline two weeks – until July 22, 2002 – solely for the purpose of conducting the two depositions. The parties will submit a Joint Status Report at that time. The parties also request that the date for filing a motion for summary judgment be extended until August 30, 2002.

      Thank you for your consideration in this matter.

                              Very truly yours,

                              Darrell R. VanDeusen

cc: Duane Verderaime, Esq.
F:\WPFILES\Amtrak\McCargo\Garbis 062802.wpd

*[Handwritten order:]* approved this 1st day of July, 2002

Marvin J. Garbis
United States District Judge

*[Stamps:]* FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 JUL -2 P 1:36 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY

RECEIVED IN THE CHAMBERS OF MARVIN J. GARBIS JUL 0 1 2002 UNITED STATES DISTRICT COURT